IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. ALEXANDER, ET AL.,<br><br>　　　　Defendants.　　　　　　　　／ | No. C 10-02666 CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Antolin Andrew Marks filed a Complaint against several individual defendants and the City of Milton, Washington, alleging civil rights violations arising out of the City police department's alleged racial discrimination and profiling. See Dkt. 1. Plaintiff's allegations arise out of a traffic stop initiated by the Milton Police Department at a gas station, which resulted in the seizure of his vehicle. Id. Plaintiff moved for leave to proceed *in forma pauperis*, dkt. 2, which this Court granted, dkt. 8. An initial case management conference was set for October 1, 2010, with a case management statement due September 24, 2010. Dkt. 9. Summons were issued by the Clerk of this Court as to the named Defendants on September 21, 2010. Dkt. 13. No further action in this case is reflected on the docket.

　　　　This Court ORDERS the Plaintiff to file within thirty (30) days a statement of no more than five pages addressing whether he wishes to proceed with this action. The Court notes that a failure of defendants to respond to a Summons may be grounds for a plaintiff to

move the Clerk to enter default in the case. Fed. R. Civ. P. 55. A failure to respond to this order may result in dismissal of Plaintiff's case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 18, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE