**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANTOLIN ANDREW MARKS,              No. C 10-02666 CRB

12          Plaintiff,                  **ORDER TO SHOW CAUSE**

13     v.

14   C. ALEXANDER, ET AL.,

15          Defendants.
                                                    /
16

17          Plaintiff Antolin Andrew Marks filed a Complaint against several individual

18   defendants and the City of Milton, Washington, alleging civil rights violations arising out of

19   the City police department's alleged racial discrimination and profiling.  See Dkt. 1.

20   Plaintiff's allegations arise out of a traffic stop initiated by the Milton Police Department at a

21   gas station, which resulted in the seizure of his vehicle.  Id.  Plaintiff moved for leave to

22   proceed *in forma pauperis*, dkt. 2, which this Court granted, dkt. 8.  An initial case

23   management conference was set for October 1, 2010, with a case management statement due

24   September 24, 2010.  Dkt. 9.  Summons were issued by the Clerk of this Court as to the

25   named Defendants on September 21, 2010.  Dkt. 13.  No further action in this case is

26   reflected on the docket.

27          This Court ORDERS the Plaintiff to file within thirty (30) days a statement of no

28   more than five pages addressing whether he wishes to proceed with this action.  The Court

     notes that a failure of defendants to respond to a Summons may be grounds for a plaintiff to

1   move the Clerk to enter default in the case.  Fed. R. Civ. P. 55.  A failure to respond to this

2   order may result in dismissal of Plaintiff's case for failure to prosecute pursuant to Federal

3   Rule of Civil Procedure 41(b).

4

5       **IT IS SO ORDERED.**

6

7

8   Dated: June 18, 2012                    CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

G:\CRBALL\2010\2666\OSC.wpd                    2