IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>  v.<br><br>C. ALEXANDER, ET AL.,<br><br>    Defendants.                     / | No. C 10-02666 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiff Antolin Andrew Marks has failed to respond to this Court's order to show cause why the case should not be dismissed for failure to prosecute. See Dkt. 14. That order warned Plaintiff that failure to do so "may result in dismissal of Plaintiff's case." Accordingly, this case is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: September 28, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2666\order dismissing 41b.wpd