IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>  v.<br><br>C. ALEXANDER, ET AL.,<br><br>    Defendants.               / | No. C 10-02666 CRB<br><br>**JUDGMENT** |

The Court, having dismissed this case for lack of prosecution, enters judgment in favor of Defendants against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 1, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2666\Judgment.wpd